■ In the Matter of RONALD D. SALINGER, a Disbarred Attorney. [596 NYS2d 677] —Petition granted to the extent of referring the matter to the Departmental Disciplinary Com-

mittee for a hearing, as indicated. Concur—Murphy, P. J., Carro, Milonas, Rosenberger and Wallach, JJ.